

AUSA Stephanie Stern (312) 469-6132

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDITH HARSKEY | Case No.: 24CR117<br>JEFFREY COLE<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, BENJAMIN CARDONA, appearing before United States Magistrate Judge JEFFREY COLE by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that JUDITH HARSKEY has been indicted in the Eastern District of Kentucky with the following criminal offense: conspiracy to distribute oxycodone and methadone in violation of Title 21, United States Code, Section 846.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

/s/ Benjamin Cardona
BENJAMIN CARDONA
Special Agent
Drug Enforcement
Administration

SWORN TO AND AFFIRMED by telephone this 5th day of March, 2024.

JEFFREY COLE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

*Eastern District of Kentucky*
**FILED**
FEB 22 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-cr-10-CHB
21 U.S.C. § 846

JUDITH HARSKEY

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning in or about a day in 2019, the exact date unknown, and continuing through on or about November 18, 2022, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**JUDITH HARSKEY**

did conspire with others to knowingly and intentionally distribute and dispense a quantity of pills containing controlled substances, to include oxycodone and methadone, both of which are Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

FOREPERSON

*[signature]* for
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUDITH HARSKEY | ) | Case No. 6:24-cr-10-CHB-01 |
| 2320 Taylor Street | ) | |
| Chicago, IL 60435 | ) | |
| DOB: 05/15/1968 | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUDITH HARSKEY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 - CONSPIRACY TO DISTRIBUTE OXYCODONE AND METHADONE

Date: 02/22/2024

*Issuing officer's signature*

City and state: London, Kentucky

Robert R. Carr by A. Ramsey, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                          Weight:

Sex:                                             Race:

Hair:                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

| Print | Save As... | | Reset |